# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| CRISTINA LYNN BONNER, | : | No.: 3:16-CV-02319 |
|---|---|---|
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## ORDER

And now, this 20th day of March 2018, having conducted a *de novo* review, and no opposition having been filed in response to the report and recommendation of the magistrate judge **IT IS HEREBY ORDERED** that:

1. Chief Magistrate Judge Susan E. Schwab's February 27, 2018 Report and Recommendation, ECF No. 18, is **ADOPTED** in full.

2. The decision of the Commissioner of Social Security is **AFFIRMED**.

3. Judgment is entered in favor of Defendant and against Plaintiff.

4. The Clerk of Court is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge